ACCEPTED
01-14-00888-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 9:39:27 AM
CHRISTOPHER PRINE
CLERK

In The
# Court of Appeals
**For The**
# First District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/5/2015 9:39:27 AM

CHRISTOPHER A. PRINE
Clerk

## NO. 01-14-00888-CV

## GLEN SUMNER, Appellant

v.

## BOARD OF ADJUSTMENTS OF THE CITY OF SPRING VALLEY VILLAGES, TEXAS, THE CITY OF SPRING VALLEY VILLAGE, TEXAS, ART FLORES, RICHARD R. ROCKENBAUGH AND BETTY LUSK, Appellees

On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2010-45239
The Honorable Alexandra Smoots-Hogan Presiding

## PARTIES' NOTIFICATION TO COURT OF MEDIATOR

The parties have agreed that the following person will mediate this cause:

Mediator's name: Trey Bergman
State Bar of Texas identification number: 02196400
Mailing address: 9 Greenway Plaza, Suite 3130
Houston, Texas 77046
Telephone number: 713-977-1717
Fax number: 713-977-4889
E-mail address: Trey@BergmanADRGroup.com

329590v.1 S958/00003

CRADY, JEWETT & McCULLEY, LLP

By: _/s/ J. Daniel Long_

    J. Daniel Long
    State Bar No. 24036985
    Email: dlong@cjmlaw.com
    William R. Sudela
    State Bar No. 19463300
    Email: wsudela@cjmlaw.com
    Bronwyn B. Tilton
    State Bar No. 00796277
    Email: btilton@cjmlaw.com
    2727 Allen Parkway, Suite 1700
    Houston, Texas 77019
    Telephone: (713) 739-7007
    Facsimile: (713) 739-8403

**ATTORNEYS FOR APPELLANT,
GLEN SUMNER**


OLSON & OLSON, L.L.P.

By: _/s/ Scott Bounds (by permission)_

    Scott Bounds
    Email: Sbounds@olsonllp.com
    State Bar No. 02706000
    John J. Hightower
    State Bar No. 09614200
    Email: JHightower@olsonllp.com
    2727 Allen Parkway, Suite 600
    Houston, Texas 77019-2133
    Telephone: (713) 533-3800
    Facsimile: (713) 533-3888

**ATTORNEYS FOR APPELLEES, BOARD OF ADJUSTMENTS
OF THE CITY OF SPRING VALLEY VILLAGE,
TEXAS, THE CITY OF SPRING VALLEY
VILLAGE, TEXAS, ART FLORES, RICHARD R.
ROCKENBAUGH AND BETTY LUSK**

2